STATE OF CONNECTICUT *v.* STEVEN NECAISE

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 214 (AC 24898), is denied.

*John M. Barton III*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided November 29, 2006

STATE OF CONNECTICUT *v.* LUIS A. SALAMAN

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 670 (AC 25999), is denied.

*Steven B. Rasile*, special public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided November 29, 2006